AO 240A (1/94)

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

CARL RUSSELL,

        Plaintiff

V.

FRANKLIN COUNTY, ET AL
    Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 04-30171-MAP

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this 2nd day of September 2004 ~~19~~xx.

/s/ Kenneth P. Neiman
**Signature of Judicial Officer**

U.S. Magistrate Judge
**Name and Title of Judicial Officer**