UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL RUSSELL, pro se,<br>     Plaintiff,<br>    v.<br><br>FRANKLIN COUNTY<br>FRANKLIN COUNTY SHERIFF MACDONALD<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD,<br>DEPUTY SUPERINTENDENT HILL,<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>  MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>DEPARTMENT OF HOMELAND SECURITY<br>     Defendants. | CIVIL ACTION<br>NO. 04-30171-MAP |

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the following Defendants in the above action: Franklin County Sheriff Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Hill, Deputy Superintendent Fitzpatrick, Franklin County House of Corrections Medical Department and Nurse Morningstar, Medical Administrator,

          Respectfully submitted,
          Commonwealth of Massachusetts
          By Its Attorney,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          William P. O'Neill  BBO#379745
          Assistant Attorney General
          Western Massachusetts Division
          1350 Main Street
          Springfield, MA 01103-1629
          (413)784-1240 FAX: 784-1244