UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARL RUSSELL
    Plaintiff(s)

v.                    CIVIL ACTION: 04-30171-MAP

FRANKLIN COUNTY, ET AL
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendants' pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment.

                        SARAH A. THORNTON,
                        CLERK OF COURT

Dated: October 27, 2005        By /s/ Mary Finn
                                        Deputy Clerk

(Judgment Civil.wpd - 11/98)                                    [jgm.]

Case 3:04-cv-30171-MAP     Document 9     Filed 10/27/2005     Page 2 of 2